UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GLENDA STEPHEN,

                        Plaintiff,

-against-

MICHAEL J. ASTRUE,
*Commissioner of Social Security,*

                        Defendant.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 3589 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2009 ★
BROOKLYN OFFICE

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on July 27, 2009, granting plaintiff's motion for judgment on the pleadings to the extent that the case is remanded to the Commissioner for further proceedings in accordance with the Court's ruling of July 23, 2009; and denying defendant's motion for judgment on the pleadings; it is

      ORDERED and ADJUDGED that plaintiff's motion for judgment on the pleadings is granted to the extent that the case is remanded to the Commissioner for further proceedings in accordance with the Court's ruling of July 23, 2009; and that defendant's motion for judgment on the pleadings is denied.

Dated: Brooklyn, New York
         July 29, 2009

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court